UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

JOHN M. MCMAKEN,

    Debtor.
_____/

Case No. 13-07024
Chapter 7
Honorable John T. Gregg

mBANK,

    Plaintiff,

v.     Adv. Proc. No. 13-80348

JOHN M. MCMAKEN,

    Defendant.
_____/

## CONSENT JUDGMENT FOR
## NON-DISCHARGEABILITY OF DEBT

Plaintiff mBank, by and through its attorneys, Alward Fisher Rice Rowe & Graf, PLC, and Defendant John M. McMaken, by and through his attorneys, Murphy & Spagnuolo P.C., filed their Stipulation for Entry of Judgment for Non-Dischargeability of Debt (hereinafter referred to as "Stipulation"). The Court, having considered this matter and being duly advised, now approves the Stipulation and enters this Judgment.

IT IS HEREBY ORDERED that Judgment is entered against the Defendant and in favor of mBank in the amount of $71,145.00, plus interest accruing at the rate of .11% per annum from and after December 30, 2013.

IT IS FURTHER ORDERED that the indebtedness of $71,145.00, plus interest of .11% per annum from and after December 30, 2013, is excepted from the Defendant's discharge under 11 U.S.C. §§ 523(a)(2)(A), (4), and (6).

IT IS FURTHER ORDERED that this Judgment shall be excepted from discharge in any future bankruptcy case filed by the Defendant.

    IT IS FURTHER ORDERED that the Defendant may satisfy the Judgment as provided in the parties' Stipulation.

END OF ORDER

Prepared By:
Susan Jill Rice (P63035)
Alward Fisher Rice Rowe & Graf, PLC
202 East State Street, Suite 100
Traverse City, Michigan 49684
(231) 346-5400

Signed: November 6, 2014




John T. Gregg
United States Bankruptcy Judge